**Order filed, June 4, 2019.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-19-00445-CR
NO. 14-19-00446-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JULIE ANN FAIRCHILD-PORCHE, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1581954, 1627541**

---

## ORDER

The reporter's record in these cases were due **May 7, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the official court reporter, to file the record in these appeals **within 10 days** of the date of this order.

PER CURIAM